FILED
CLERK, U.S. DISTRICT COURT

March 21, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RIPSIME GALSTYAN AND ARSEN MELIKYAN,

Plaintiffs,

v.

ALLIED COLLECTION SERVICES, INC.

Defendant.

**Case No.:** 2:15-cv-07164-SJO (ASx)

**ORDER ENTERING JUDGMENT IN FAVOR OF RIPSIME GALSTYAN AGAINST DEFENDANT ALLIED COLLECTION SERVICES, INC.**

**HON. S. JAMES OTERO**

On March 1, 2016, Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") made an Offer of Judgment to Plaintiff RIPSIME GALSTYAN ("Plaintiff") [ECF No. 25]. Thereafter, Plaintiff accepted said Offer on March 15, 2016. [ECF No. 27].

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff Ripsime Galstyan against Defendant pursuant to Fed. R. Civ. P. Rule 68; and

2. Said Judgment shall be for the sum of $3750.00 (three thousand seven hundred fifty dollars and zero cents), including all Plaintiff's costs and attorneys' fees.

Dated: March 16, 2016.

_____
HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER**