JS-6

FILED
CLERK, U.S. DISTRICT COURT

March 16, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RIPSIME GALSTYAN AND ARSEN MELIKYAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**ALLIED COLLECTION SERVICES, INC.**<br><br>Defendant. | Case No.: 2:15-cv-07164-SJO (ASx)<br><br>**ORDER ENTERING JUDGMENT IN FAVOR OF ARSEN MELIKYAN AGAINST DEFENDANT ALLIED COLLECTION SERVICES, INC.**<br><br>**HON. S. JAMES OTERO** |

On March 1, 2016, Defendant ALLIED COLLECTION SERVICES, INC. ("Defendant") made an Offer of Judgment to Plaintiff ARSEN MELIKYAN ("Plaintiff") [ECF No. 26]. Thereafter, Plaintiff accepted said Offer on March 15, 2016. [ECF No. 28].

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff Arsen Melikyan against Defendant pursuant to Fed. R. Civ. P. Rule 68; and

2. Said Judgment shall be for the sum of $3750.00 (three thousand seven hundred fifty dollars and zero cents), including all Plaintiff's costs and attorneys' fees.

Dated: March 16, 2016

_S. James Otero_
_____
HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER